# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OGMA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>3M COMPANY,<br><br>      Defendant. | CASE NO.: 2:11-cv-00328-LED<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff, Ogma, LLC and Defendant 3M Company, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby.

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, Ogma LLC, and Defendant, 3M Company, are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between them, dated October 5, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 6th day of January, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1